[No. 22933-8-I. Division One. September 18, 1989.]

ALBERT J. WARLICK, ET AL, *Appellants,* v. RAINIER NATIONAL BANK, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 87-2-12677-3, Anthony P. Wartnik, J., entered September 13, 1988. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Scholfield and Webster, JJ.

[No. 21904-9-I. Division One. September 18, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. WILBERT PICKETT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-1-03855-2, James J. Dore, J., entered February 24, 1988. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Pekelis and Winsor, JJ.

[No. 22415-8-I. Division One. September 18, 1989.]

GEORGE BENNETT, ET AL, *Appellants,* v. THE CITY OF BLAINE, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 87-2-00986-2, David A. Nichols, J., entered April 22, 1988. *Affirmed* by unpublished opinion per Grosse, A.C.J., concurred in by Pekelis, J., and Cole, J. Pro Tem.